NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK L. MCHUGH,**
*Plaintiff-Appellant,*

v.

**HILLERICH & BRADSBY CO.,**
*Defendant-Appellee.*

---

2010-1296

---

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-3677, Judge Jeffrey S. White.

---

## ON MOTION

---

## ORDER

Mark L. McHugh moves for an extension of time, until September 17, 2010, for Hillerich & Bradsby Co. to file its opening brief, and for an extension of time, until October 15, 2010, for McHugh to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___SEP 2 0 2010___          /s/ Jan Horbaly
        Date                 Jan Horbaly
                             Clerk

cc: Robert J. Yorio, Esq.
    Laura A. Wytsma, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK